UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nicha Makuka Nzuiki, et al.,

Plaintiffs,

v.

Detroit Field Office, U.S. Citizenship and Immigration Services, et al.,

Defendants.

Civil No. 26-13821

Honorable F. Kay Behm
Mag. Judge Anthony P. Patti

---

## Stipulated Order of Dismissal

---

Based on the stipulation of the parties through their undersigned counsel, this action is dismissed without prejudice. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Date: November 24, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

So stipulated and agreed:

| | |
|---|---|
| By: /s/ Glenn Eric Sproull<br><br>Glenn Eric Sproull<br>Palmer Rey PLLC<br>Attorney for Plaintiffs<br>29566 Northwestern Hwy., Suite 200<br>Southfield, MI 48034<br>(248) 522-9500<br>eric@palmerrey.com | By: /s/ Jennifer L. Newby<br><br>Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>Attorney for Defendant<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov |